**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MARIA LEE, Derivatively on Behalf of FORTERRA, INC., | |
| Plaintiff, | Case No. 3:18-cv-03198 |
| v. | |
| JEFFREY K. BRADLEY, W. MATTHEW BROWN, LORI M. BROWNE, WILLIAM KERFIN, KYLE S. VOLLUZ, KEVIN BARNER, ROBERT CORCORAN, SAMUEL D. LOUGHLIN, CLINT McDONNOUGH, JOHN McPHERSON, CHRIS MEYER, JACQUES SARRAZIN, CHADWICK S. SUSS, and GRANT WILBECK, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Defendants, | |
| and | |
| FORTERRA, INC., | |
| Nominal Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Maria Lee ("Plaintiff"), derivatively and on behalf of Forterra, Inc., by and through her undersigned counsel, voluntarily dismiss the above-captioned case without prejudice. This notice is appropriate under Rule 41(a)(1)(A)(i) as defendants have not filed an answer or a motion for summary judgment, and Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Dated:  December 5, 2018                    Respectfully Submitted,

/s/ *Roger L. Mandel*
Roger L. Mandel
**JEEVES MANDEL LAW GROUP, P.C.**
12222 Merit Drive
Suite 1200
Dallas, Texas 75251
Telephone: (214) 253-8300
rmandel@jeevesmandellawgroup.com

*Liaison Counsel for Plaintiff*

Marion Passmore
Melissa A. Fortunato
Shaelyn Gambino-Morrison
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
passmore@bespc.com
fortunato@bespc.com
gambino-morrison@bespc.com

*Lead Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.  I further certify that I mailed or e-mailed the foregoing document and the notice of electronic filing to all non-CM/ECF participants.

/s/ *Roger L. Mandel*
Roger L. Mandel